UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENIFER BARRERA and WENDY AGUDELO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>THE BUSHWICK ALE HOUSE INC., LOUIE SELAMAJ and ELIANA GRAJALES, as individuals,<br><br>Defendants. | CIVIL ACTION NO: 20-CV-3572<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Kew Gardens, NY 11415

By: _____
James O'Donnell, Esq.
jamespodonnell86@gmail.com
Attorney for Plaintiff

Marc M. Coupey Law, PLLC
441 Saw Mill River Road
Millwood, NY 10546

By: _____
Marc M. Coupey, Esq.
mmcoupeylaw@verizon.net
Attorney for Defendants

SO-ORDERED: _____